RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

March 24, 2015

Dear Judge Cathy Cochran,

Hi. My name is Manuel Lalinde Sr. My wife's name is Rebecca Lalinde. We are both falsely incarcerated in T.D.C.J. Prison. We are both from (Bexar County) San Antonio, TX. We were both railroaded / wrongly convicted by The State of Texas because of bad lawyering, prosecutorial misconduct, colossal failure in our justice system, etc. We were both falsely convicted by hearsay false testimony "outcry" false statements with no physical evidence, no forensic evidence of any nature, no eyewitness testimony, etc. We did not take our plea bargain which was ten years probation with a six month ankle monitor plus our freedom because we are not guilty of our crime. We are both 100% INNOCENT of our crime. There was alot of flaws / errors in our case. We did not have a fair trail. There was no investigation done in our case in our behalf. We know exactly how ex-offenders Hannah Overton, Michael Morton, Anthony Graves felt about the injustice in their cases. We would like to know what is "The Criminal Justice Reforms." Will they be able to help us with our case? We are looking for Pro bono help. We are both indigent offenders. We have no money to hire an attorney or a private investigator to help us with our case to prove our innocence. We need your help Ms. Judge Cochran. We

PLEASE LOOK OVER MS. JUDGE COCHRAN→

need our case to get REVIEWED/ INVESTIGATED. Also, do you know any Pro bono attorney's who's willing to work on our case in our behalf with my court appointed attorney Mr. Pat. Montgomery and with The Wesleyan Innocence Project to help us to prove our innocence.? Please let us know? we really would appreciate your help. Please write to us soon? Thankyou and God bless you always.

Sincerely,

Offender Manuel Lalinde SR.

T.D.C. # 1158600

PS. Please also write to my wife Rebecca Lalinde?

REBECCA LALINDE # 1150625

LANE MURRAY UNIT K1-B-65

1916 N. HWY. 36 BYPASS

GATESVILLE, TX. 76596

PS. Here goes a copy of a letter that was written to me by my court appointed attorney Mr. Pat. Montgomery and a copy of a San Antonio Express Newspaper article of us and our case and a copy of a letter that was written to me by The Wesleyan Innocence Project.

PS. Please look into my case? Here goes my CASE CAUSE # 2002CR3777A 2002 BEXAR COUNTY AGG. SEXUAL ASSAULT & INDECENCY/ CHILD CONVICTIONS we are looking for JUSTICE in our case. Again, thankyou for your help Ms. Judge Cochran.